Opinion issued February 23, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00865-CV

———————————

BRIAN
KENEFICK AND KCO ENTERPRISES, INC., Appellant

V.

MAUREEN IRWIN, Appellee



 



 

On Appeal from the 308th District Court 

Harris County, Texas



Trial Court Cause No. 1999-18729A

 



MEMORANDUM OPINION

Appellants have filed a motion to dismiss the appeal,
informing the Court that the parties have resolved this matter.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P.
42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Massengale, and Huddle.